*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

HUBERT MARSHALL, JR.,

        Plaintiff/Counterdefendant-Appellee,

v

WILLIAM CAMPBELL, JR.,

        Defendant-Appellant,

and

MACILL INTERNATIONAL, INC.,

        Defendant/Counterplaintiff-Appellant.

UNPUBLISHED
August 18, 2022

No. 356634
Wayne Circuit Court
LC No. 19-005765-CH

Before: GADOLA, P.J., and CAVANAGH and K.F. KELLY, JJ.

K. F. KELLY, J. (*concurring*).

      I concur in the result reached by the majority.

                                /s/ Kirsten Frank Kelly

-1-